**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Agnieszka Lesniewska<br>　　　　　　　　　　　　　　　Debtor | 18-17081 ELF<br><br>Chapter 13 Proceeding |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-86CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-86CB, c/o Bayview Loan Servicing, LLC as Servicer<br>　　　　　　　　　　　　　　　Movant<br>v.<br>Agnieszka Lesniewska Lesniewski<br>Michal Lesnieqski  (Co-Debtor)<br>and<br>Scott Waterman, Esquire<br>　　　　　　　　　　　　　　　Respondents | |

19-0038

**ORDER**

AND NOW, this 7th day of February, 2020, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-86CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-86CB, c/o Bayview Loan Servicing, LLC as Servicer and/or its successors and assigns to exercise its *in rem* rights under its loan documents with regard to the property located at 1509 Richard Ave., Bethlehem, PA  18018 and obtain all other *in rem* Relief available under the Non-Bankruptcy law, including, but not limited to the initiation and/or continuance of the Foreclosure process though a Sheriff's Sale concerning the property and Ejectment thereafter.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**